*SWEENY & CARR* vs. *BARBIN.*

If the plaintiff prays for a jury the defendant may insist on one, without having asked it.

THE plaintiffs had asked for a jury in their petition, and now *Ellery* moved that he might be allowed to wave the jury, the suit being bro't upon a promissory note, and the defendant's counsel might be compelled to suffer judgment to be entered, unless he wrote the word *defence*, on the answer, according to the rule of court. *Ante 9.*

*Hennen*, contra. The plaintiffs having prayed a jury, the defendant was not bound to make the same prayer. It would have been vain and useless. *Lex neminem cogit ad vana seu impossibilia.*

*By the Court,* LEWIS, *J. alone.* Neither party can, without his neglect or consent, be deprived of his right to a jury. No latches can be imputed to the defendant. Judgment cannot be entered. If the plaintiffs wave their right to a jury, the defendant must be allowed to pray for one, or his attorney offered an opportunity of consulting with him, to ascertain whether a defence be not necessary.

MOTION OVERRULED.